[Nos. 13415-6-III; 13416-4-III;    Division Three.    April 4, 1995.]
13417-2-III.

*In the Matter of the Dependency of* S.G. ET AL.

MARSHA LANEGAN, ET AL, *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 92-7-00128-1, 92-7-00129-0, 92-7-00130-3,

Susan L. Hahn, J., entered July 9, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.